IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALICIA K. BAKER,              )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:23cv423-MHT
                              )            (WO)
CTTT, LLC and MONEY TAX       )
SERVICE SELMA,                )
                              )
     Defendants.              )
```

### ORDER

"The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, it ORDERED that the clerk of court is DIRECTED to strike defendant CTTT, LLC's pro se motion to dismiss (Doc. 15).

DONE, this the 31st day of October, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE